FRANZBLAU DRATCH
A Professional Corporation
354 Eisenhower Parkway
Livingston, New Jersey 07039
(973) 992-3700
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff, : | Criminal No. 10-722(SRC) |
| vs. : | |
| : | ORDER MODIFYING BAIL |
| STEVIE BUCKUSE : | CONDITIONS |
| Defendant. : | |

This matter being opened to the Court upon the application of Franzblau Dratch, P.C. (by Stephen N. Dratch, Esq.) attorney for the defendant, Stevie Buckuse and it having been represented to the Court that neither the government nor Pretrial Services objects to the requested relief, and for good cause shown

IT IS on this 28 day of October 2010

ORDERED that the defendant, Stevie Buckuse be and is hereby permitted to reside at the home of Sandra Fernandes, 439 Spencer Street, Apt. 1, Elizabeth, New Jersey 07208; and it is further

ORDERED that all other conditions referable to Stevie Buckuse's bail conditions be and the same hereby remain in place; and it is further

ORDERED that Sandra Fernandez shall execute any and all

necessary documents to act as a surety for the defendant Stevie Buckuse.

_____
Hon. Patty Schwartz, U.S.M.J.