UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :
                            :   Hon. Stanley R. Chesler
          v.                :
                            :   No. 10-cr-722 (SRC)
                            :
STEVIE BUCKUSE              :   ORDER FOR CONTINUANCE
                            :

An indictment charging defendant STEVIE BUCKUSE with distribution of crack cocaine in violation of Title 21 U.S.C. § 841(a), having been filed on October 25, 2010; and defendant having been represented by the undersigned defense counsel appearing before the Court on October 28, 2010 for an arraignment; and defendant and his counsel being aware that a trial must be held within 70 days of the filing of the indictment on this charge, pursuant to Title 18, United States Code, Section 3161(b); and no continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), so that the parties could attempt to reach a plea agreement; the Government and defendant hereby request a continuance pursuant to Title 18, United States Code, Section 3161(h)(7)(A) in order to permit the time necessary to afford the parties the opportunity to reach plea agreements which would thereby render trial of this matter unnecessary;

IT IS on this 18 day of November, 2010

ORDERED that from the date this Order is entered, to and including January 10, 2011, shall be excluded in calculating

the time within which a trial must be held under the Speedy Trial Act for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and defendant desire additional time to negotiate pleas in Court, which would thereby render trial of this matter unnecessary.

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS FURTHER ORDERED THAT, the Order for Discovery and Inspection (doc. 52) is hereby amended as follows:

1. Defendant's motions: January 10, 2011
2. Government's response: January 21, 2011
3. Motion Hearing: February 1, 2011 at 10:00 a.m.
4. Trial Date: February 8, 2011 at 10:00 a.m.

SEEN AND AGREED:

_____
Rodney Villazor
Assistant U.S. Attorney

_____
Stephen Dratch, Esq.
Counsel for Stevie Buckuse

_____
HONORABLE STANLEY R. CHESLER
United States District Judge