FRANZBLAU DRATCH
A Professional Corporation
354 Eisenhower Parkway
Livingston, New Jersey 07039
(973) 992-3700
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 10-722(SRC) |
| Plaintiff, : | |
| : | |
| vs. : | ORDER |
| : | |
| STEVIE BUCKUSE : | |
| : | |
| Defendant. : | |

This matter being opened to the Court by a letter submission dated December 6, 2010, by Stephen N. Dratch, Esq. of Franzblau Dratch, P.C., attorneys for the defendant, Stevie Buckuse, seeking modification of the Order Setting Conditions of Release from home incarceration with electronic monitoring to home detention with electronic monitoring, upon notice to Assistant United States Attorney Rodney Villazor of the United States Attorney's Office for the District of New Jersey, and Pretrial Services Officer Jennifer Pace of the United States Pretrial Services Office for the District of New Jersey, both having consented to the requested modification of the Order Setting Conditions of Release, and the Court having considered the request, and for good cause being shown,

IT IS on this 15 day of December 2010,

ORDERED that:

1. The Order Setting Conditions of Release be and is hereby modified from home incarceration with electronic monitoring to home detention with electronic monitoring.

2. Defendant will be restricted to the residence at all times except for the following: education; religious services; medical, substance abuse; or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by Pretrial Services. Employment will be permitted.

3. All other release conditions will remain in effect.

_____
Hon. Stanley R. Chesler, U.S.D.J.

The undersigned hereby consent
to the form and entry of the
within Order.

_____
Rodney Villazor, AUSA
United States Attorney's Office

_____
Stephan N. Dratch, Esq.
Attorney for Defendant

_____
Jennifer Pace, PTSO
United States Pretrial Services Office