UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. STEVIE BUCKUSE, 10-cr-722 (SRC)
SBI No.: 981290B,

## PETITION FOR WRIT OF HABEAS CORPUS

1. **STEVIE BUCKUSE, SBI No.: 981290B,** is now confined at the Essex County Correctional Facility, 356 Doremus Avenue, Newark, NJ.

2. This individual is a defendant in a federal case and will be required at Newark, New Jersey before the Hon. Stanley R. Chesler, on **Tuesday, February 8, 2011 at 10:00 a.m.** for an arraignment and status conference. A Writ of Habeas Corpus should be issued for that purpose.

DATED: February 3, 2011

S:/RODNEY VILLAZOR
Rodney C. Villazor
Assistant U.S. Attorney
Petitioner - 973-645-2823

## ORDER

Let the Writ Issue.

DATED: 2/3/2011

Hon. Stanley R. Chesler

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Essex County Correctional Facility:
WE COMMAND YOU that you have the body of:

**STEVIE BUCKUSE, SBI No.: 981290B, D.O.B.: 02/22/1976**

now confined at the Essex County Correctional Facility, on Tuesday, February 8, 2011 at 10:00a.m. be brought before the United States District Court, the Hon. Stanley R. Chesler, U.S. District Judge, in the Frank R. Lautenberg U.S. Post Office and Courthouse, Federal Square, Newark, New Jersey 07102 on Tuesday, February 8, 2011 at 10:00 a.m., so that he may appear for an arraignment and status conference in the above-captioned matter.

WITNESS the Honorable Stanley R. Chesler
United States District Judge
Newark, New Jersey.

DATED: 2/3/2011

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk