UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Hon. Stanley R. Chesler |
| v. : | |
| : | No. 10-cr-722 (SRC) |
| : | |
| STEVIE BUCKUSE, : | ORDER FOR CONTINUANCE |
| a/k/a "Black," and : | |
| RASHEED SMITH, : | |
| a/k/a "Weed" : | |

A superseding indictment charging defendant STEVIE BUCKUSE, a/k/a "Black," and defendant RASHEED SMITH, a/k/a "Weed," with conspiracy to distribute crack cocaine in violation of 21 U.S.C. § 846 and distribution of crack cocaine in violation of 21 U.S.C. §§ 841(a) & (b)(1)(A), and defendant RASHEED SMITH with engaging in the business of dealing in firearms without a license in violation of 18 U.S.C. § 922(a)(1)(A) having been filed on January 31, 2011; and defendants having been represented by the undersigned defense counsel, defendant RASHEED SMITH and defendant STEVIE BUCKUSE appearing respectively before the Court on February 1, 2011 and February 8, 2011 for an arraignment; and defendants and their counsel being aware that a trial must be held within 70 days of the filing of the indictment on this charge, pursuant to Title 18, United States Code, Section 3161(b); and one continuance having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), so that the parties could attempt to reach a plea agreement; the Government and defendant hereby request a

continuance pursuant to Title 18, United States Code, Section 3161(h)(7)(A) in order to permit the time necessary to afford the parties the opportunity to reach plea agreements which would thereby render trial of this matter unnecessary and to afford defense counsel sufficient time to review the evidence and prepare for a trial scheduled for June 7, 2011;

IT IS on this __7__ day of February, 2011

ORDERED that from the date this Order is entered, to and including June 7, 2011, shall be excluded in calculating the time within which a trial must be held under the Speedy Trial Act for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and defendants desire additional time to negotiate pleas in Court, which would thereby render trial of this matter unnecessary;

2. Defense counsel need additional time to review the evidence and prepare for trial; and

3. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS FURTHER ORDERED THAT, the Order for Discovery and Inspection (doc. 52) is hereby amended as follows:

1. Defendant's motions: April 21, 2011
2. Government's response: May 2, 2011
3. Motion Hearing: May 16, 2011 at 10:00 a.m.
4. Trial Date: June 7, 2011 at 10:00 a.m.

SEEN AND AGREED:

_____
Rodney Villazor
Assistant U.S. Attorney

_____
Michael Pedicini, Esq.
Counsel for Stevie Buckuse

_____
Laurie Fierro, Esq.
Counsel for Rasheed Smith

_____
HONORABLE STANLEY R. CHESLER
United States District Judge

IT IS FURTHER ORDERED THAT, the Order for Discovery and Inspection (doc. 52) is hereby amended as follows:

1. Defendant's motions: April 21, 2011
2. Government's response: May 2, 2011
3. Motion Hearing: May 16, 2011 at 10:00 a.m.
4. Trial Date: June 7, 2011 at 10:00 a.m.

SEEN AND AGREED:

_____
Rodney Villazor
Assistant U.S. Attorney

_____
Michael Pedicini, Esq.
Counsel for Stevie Buckuse

_____
Maurie Fierro, Esq.
Counsel for Rasheed Smith

_____
HONORABLE STANLEY R. CHESLER
United States District Judge