UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. STEVIE BUCKUSE
SBI No.: 981290B,                    76

## PETITION FOR WRIT OF HABEAS CORPUS

1. **STEVIE BUCKUSE, SBI No.: 981290B,**             )76 is now confined at the Essex County Correctional Facility, 356 Doremus Avenue, Newark, NJ 07105.

2. This individual is a defendant in a federal case and will be required at Newark, New Jersey before the Hon. Stanley Chesler, on **Thursday, June 2, 2011 at 12:30 p.m.** for motions hearing. A Writ of Habeas Corpus should be issued for that purpose.

DATED: May 25, 2011

S:/RODNEY VILLAZOR
Rodney C. Villazor
Assistant U.S. Attorney
Petitioner - 973-645-2823

## ORDER

Let the Writ Issue.

DATED: 5/25/2011

Hon. Stanley R. Chesler

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Essex County Correctional Facility:
WE COMMAND YOU that you have the body of:

**STEVIE BUCKUSE, SBI No.: 981290B, D.C**

now confined at the Essex County Correctional Facility, on Thursday, June 2, 2011 at 12:00 p.m. be brought before the United States District Court, the Hon. Stanley R, Chesler, U.S. District Judge, in the U.S. Postoffice and Federal Courthouse, 2 Federal Square, Newark, New Jersey 07102 on Thursday, June 2, 2011 at 12:30 p.m., so that he may appear for motions hearing in the above-captioned matter.

WITNESS the Honorable Stanley R. Chesler
United States District Judge
Newark, New Jersey.

DATED: 5/25/2011

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk