UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. STEVIE BUCKUSE, 10cr772 (SRC)
SBI No.: 981290B , D.O.B.:

## PETITION FOR WRIT OF HABEAS CORPUS

1. STEVIE BUCKUSE, SBI No.: 981290B , D.O.B.: ▒ is now confined at the Essex County Correctional Facility, 356 Doremus Avenue, Newark, NJ 07105.

2. This individual is a defendant in a federal case and will be required at Newark, New Jersey before the Hon. Stanley Chesler, on **Tuesday, Sept. 20, 2011 at 10:00 a.m. for sentencing**. A Writ of Habeas Corpus should be issued for that purpose.

DATED: September 13, 2011

S:/RODNEY VILLAZOR
Rodney C. Villazor
Assistant U.S. Attorney
Petitioner - 973-645-2823

## ORDER

Let the Writ Issue.
DATED: 9/13/2011

Hon. Stanley R. Chesler

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Essex County Correctional Facility:
WE COMMAND YOU that you have the body of:

**STEVIE BUCKUSE, SBI No.: 981290B , D.O.B.:** ▒

now confined at the Essex County Correctional Facility, on Tuesday, Sept. 20, 2011 at 10:00 a.m. be brought before the United States District Court, the Hon. Stanley R, Chesler, U.S. District Judge, in the U.S. Postoffice and Federal Courthouse, 2 Federal Square, Newark, New Jersey 07102 on Tuesday, Sept. 20, 2011 at 10:00 a.m. for trial in the above-captioned matter for sentencing.

WITNESS the Honorable Stanley R. Chesler
United States District Judge
Newark, New Jersey.

DATED: 9/13/2011

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk